# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT COURT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| TIFFANIE MURPHY,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　Defendant. | Case No. 1:18-cv-1492<br><br>Assigned to District Judge Liam O'Grady;<br>Referred to Magistrate Judge Michael S. Nachmanoff<br><br>**NOTICE OF SETTLEMENT** |

## **NOTICE OF SETTLEMENT**

Plaintiff TIFFANIE MURPHY notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The Plaintiff requests that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining deadlines.

Respectfully submitted the 9th day of January 2019.

By: /s/ Alexis A. Kokkinos
Alexis A. Kokkinos,
Virginia Bar No. 87262
Attorney for Plaintiff
TIFFANIE MURPHY

- 2 -

Attorney at Law
360 W. Ocean Blvd, #302
Long Beach, CA 90802
T: (562) 354-3053
F: (866) 219-5310
E: alexiskokkinosesq@gmail.com

NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2019 I filed Plaintiff Tiffanie Murphy's Notice of Settlement using the CM/ECF system, which will provide notice to all parties that have appeared. In addition, this notice will be mailed and emailed to:

Erin L. Hoffman
Faegre Baker Daniels LLP
22000 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Erin.hoffman@Faegrebd.com
(612)766-7000

By: /s/ Alexis A. Kokkinos
Alexis A. Kokkinos,
Virginia Bar No. 87262
Attorney for Plaintiff
TIFFANIE MURPHY
Attorney at Law
360 W. Ocean Blvd, #302
Long Beach, CA 90802
T: (562) 354-3053
F: (866) 219-5310
E: alexiskokkinosesq@gmail.com